UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALHARETH ALOUDI,<br><br>        Plaintiff,<br><br>   v.<br><br>INTRAMEDIC RESEARCH GROUP, LLC,<br><br>        Defendant. | Case No.  15-cv-00882-HSG<br><br>**ORDER RE CITIZENSHIP OF PARTIES** |

Plaintiff Alhareth Aloudi alleges that this Court has jurisdiction over this action pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2)(A) ("CAFA").  In support of CAFA jurisdiction, Aloudi alleges that he "resided, and continues to reside, in Daly City, California," and that Defendant Intramedic Research Group, LLC "was a Utah corporation with its principal place of business located in Salt Lake City, Utah."  Complaint at 2.

"[A]n LLC is a citizen of every state of which its owners/members are citizens."  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Because Aloudi does not allege any facts regarding the citizenship of the members of Intramedic Research, the Court cannot determine whether CAFA jurisdiction is proper.  To that end, the parties are directed to file, within seven days of the date of this Order, a statement of no more than three pages identifying the citizenship of each member of Intramedic Research.

**IT IS SO ORDERED.**

Dated: March 24, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge