UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALHARETH ALOUDI,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRAMEDIC RESEARCH GROUP, LLC,<br><br>    Defendant. | Case No.  15-cv-00882-HSG<br><br>**SUPPLEMENTAL ORDER RE CITIZENSHIP OF PARTIES** |

In response to the Court's March 24, 2015 Order directing the parties to provide information about the citizenship of Defendant Intramedic Research Group, LLC, Dkt. 15, Intramedic filed a statement identifying Basic Research Intermediate, LLC as the sole member of Intramedic. Dkt. 17. Intramedic states that Basic Research is "a Utah limited liability company with its principal place of business located in Utah." *Id.*

The parties still have not provided sufficient information regarding Intramedic's citizenship to support diversity jurisdiction. "[A]n LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Because the parties have not provided any facts regarding the citizenship of the members of Basic Research and, by extension, the citizenship of Intramedic, the Court cannot determine whether diversity jurisdiction is proper. To that end, the parties are directed to file, within three days of the date of this Order, a statement of no more than three pages identifying the citizenship of each member of Intramedic and Basic Research. If any of Basic Research's owners or members are themselves LLCs or partnerships, the parties are required to provide the citizenship of all of those entities' owners, members or partners.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge