Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALHARETH ALOUDI <br><br> Plaintiff(s), <br><br> v. <br><br> INTRAMEDIC RESEARCH GROUP <br><br> Defendant(s). | Case No: 15-CV-882-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

   I, Christopher B. Sullivan, an active member in good standing of the bar of State of Utah, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: IntraMedic Research Group, LLC in the above-entitled action. My local co-counsel in this case is James C. Parker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 5742 West Harold Gatty Drive <br> Salt Lake City, UT  84116 | 135 Main Street, 20th Floor <br> San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (801) 530-2900 | (415) 808-0300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sullivan@ppktrial.com | jparker@hugoparker.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 11053.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/20/15

                                                Christopher B. Sullivan
                                                     APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Christopher B. Sullivan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/20/2015

                                                UNITED STATES DISTRICT/ ~~MAGISTRATE~~ JUDGE



# Utah State Bar.

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

John C. Baldwin
Executive Director

**Board of Commissioners**

James D. Gilson
President
Callister Nebeker
& McCullough
Salt Lake City

Angelina Tsu
President-elect
Zions Management Services
Corporation
Salt Lake City

Steven R. Burt, AIA
Public Member
Entelen Design-Build
Salt Lake City

H. Dickson Burton
TraskBritt
Salt Lake City

Kenyon D. Dove
Smith Knowles
Ogden

Heather M. Farnsworth
Match & Farnsworth
Salt Lake City

Mary Kay Griffin, CPA
Public Member
Mayer Hoffman McCann
Salt Lake City

Susanne Gustin
Attorney at Law
Salt Lake City

Hon. Michael F. Leavitt
5th District Juvenile Court
St. George

John R. Lund
Snow Christensen &
Martineau
Salt Lake City

Janise K. Macanas
Utah Attorney General's Office
Salt Lake City

Herm Olsen
Hillyard Anderson & Olsen
Logan

Robert O. Rice
Ray Quinney & Nebeker
Salt Lake City

Thomas W. Seiler
Robinson Seiler & Anderson
Provo

April 20, 2015

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for CHRISTOPHER B. SULLIVAN**

This is to certify that **CHRISTOPHER B. SULLIVAN**, Utah State Bar **No. 11053** was admitted by reciprocal admission to practice law in Utah on **October 12, 2006**.

**Mr. Sullivan** is currently an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar



*Serving the Public. Working for Justice*