UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALHARETH ALOUDI,

    Plaintiff,

v.

INTRAMEDIC RESEARCH GROUP, LLC,

    Defendant.

Case No. 15-cv-00882-HSG

**SCHEDULING ORDER**

Re: Dkt. No. 36

Pursuant to the parties' stipulation, *see* Dkt. No. 36, Federal Rule of Civil Procedure 16, and Civil Local Rule 16-10, the Court sets the following deadlines:

| Event | Date |
|---|---|
| Deadline for Defendant to File Motion to Dismiss Plaintiff's First Amended Complaint | September 17, 2015 |
| Deadline for Plaintiff to File Opposition to Defendant's Motion to Dismiss | October 8, 2015 |
| Deadline for Defendant to File Reply in Support of Motion to Dismiss | October 15, 2015 |

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge