1  **PRICE PARKINSON & KERR, PLLC**
   Jason M. Kerr *(Pro Hac Vice)*
2  Christopher B. Sullivan *(Pro Hac Vice)*
   Steven W. Garff, Bar No. 268074
3  5742 West Harold Gatty Drive
   Salt Lake City, UT  84116
4  *sullivan@ppktrial.com*
   *steven.garff@ppktrial.com*
5  Telephone:  801.530.2900
   Facsimile:   801.530.2957
6  *Counsel for Defendant*

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**

| ALHARETH ALOUDI, on behalf of himself and all others similarly situated, | Case No: 3:15-cv-00882-HSG |
|---|---|
| Plaintiff, | Pleading Type: Class Action |
| v. | **[PROPOSED]** **ORDER GRANTING PERMISSION TO APPEAR BY TELEPHONE RE: CASE MANAGEMENT CONFERENCE JANUARY 12, 2016 2:00 PM** |
| INTRAMEDIC RESEARCH GROUP, LLC | |
| Defendant. | |

IT IS HEREBY ORDERED THAT the request to appear by telephone to the Case Management Conference, scheduled on January 12, 2016, be granted.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: January __5_, 2016

By: *Haywood S. Gilliam, Jr.* (signature)

HAYWOOD S. GILLIAM, JR.

United State District Judge

---

*Aloudi v. Intramedic Research Group, LLC*, Case No. 3:15-cv-00882-HSG
REQUEST FOR PERMISSION TO APPEAR BY TELEPHONE RE: CASE MANAGEMENT CONFERENCE