1  **PRICE PARKINSON & KERR, PLLC**
   Jason M. Kerr *(Pro Hac Vice)*
2  Christopher B. Sullivan *(Pro Hac Vice)*
   Steven W. Garff, Bar No. 268074
3  5742 West Harold Gatty Drive
   Salt Lake City, UT  84116
4  *sullivan@ppktrial.com*
   *steven.garff@ppktrial.com*
5  Telephone:  801.530.2900
   Facsimile:  801.530.2957
6  *Counsel for Defendant*

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
8

9  ALHARETH ALOUDI, on behalf of himself
   and all others similarly situated,
10
                    Plaintiff,
11
       v.
12
   INTRAMEDIC RESEARCH GROUP, LLC
13
                    Defendant.
14

Case No: 3:15-cv-00882-HSG
Pleading Type: Class Action

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

15

16     Based on the stipulated Motion of the Parties and for good cause appearing:

17     IT IS HEREBY ORDERED THAT the Parties' Stipulated Motion for an Extension of Time

18  for Defendant to File its Motion to Dismiss the Second Amended Complaint is GRANTED.  The

19  scheduling shall be as follows:

20     Defendant's Motion to Dismiss the Second Amended Complaint shall be due on **January 19,**

21  **2016**.

22     Plaintiff's Opposition to the Motion to Dismiss will be due on **February 2, 2016**.

23     Defendant's Reply in Support of the Motion to Dismiss will be due on **February 9, 2016**.

24     Hearing on Defendant's Motion to Dismiss will take place on **February 25, 2016 at 2:00 p.m.**

25  in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA before Judge Haywood S.

26  Gilliam, Jr.

27

28

*Aloudi v. Intramedic Research Group, LLC*, Case No. 3:15-cv-00882-HSG
ORDER

Dated: January __14, 2015

By: /s/ Haywood S. Gilliam Jr.

HAYWOOD S. GILLIAM, JR.

United State District Judge

| | |
|---|---|
| Approved as to form by: | /s/ David Elliot |
| | David Elliot |

**THE WESTON FIRM**
GREGORY S. WESTON
DAVID ELLIOT
1405 Morena Blvd, Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
B. SKYE RESENDES
651 Arroyo Drive
San Diego, CA 92103
Telephone:    (619) 696-9006
Facsimile:    (619) 564-6665

*Counsel for Plaintiff*