UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALHARETH ALOUDI,

    Plaintiff,

    v.

INTRAMEDIC RESEARCH GROUP, LLC,

    Defendant.

Case No. 15-cv-00882-HSG

**DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. No. 70

On February 2, 2016, Plaintiff filed an administrative motion to file under seal the unredacted version of the Declaration of David Elliot in Support of Plaintiff's Opposition to Motion to Dismiss the Second Amended Complaint ("Declaration") and Exhibit A to the Declaration. Dkt. No. 70. The Declaration and Exhibit A thereto contain a document that Defendant has marked as "CONFIDENTIAL PROPRIETARY INFORMATION." *Id.* at 1.

However, Defendant has failed to file a declaration within four days of the filing of the motion to seal, as required by Civil Local Rule 79-5(e)(1). The Court therefore finds that the information designated as confidential by Defendant and contained in the attached Declaration and Exhibit A sought to be sealed is not sealable information. Accordingly, Plaintiff's motion to seal the Declaration and Exhibit A attached to its motion is **DENIED**.

Pursuant to Civil Local Rule 79-5(e)(2), Plaintiff may file an unredacted version of the documents in the public record no earlier than four days and no later than ten days after the date of this Order. The Court will be unable to consider the Declaration and Exhibit A thereto unless Plaintiff timely files an unredacted version.

**IT IS SO ORDERED.**

Dated: 2/8/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge