| | |
|---|---|
| **THE WESTON FIRM**<br>GREGORY S. WESTON (239944)<br>*greg@westonfirm.com*<br>DAVID ELLIOT (270381)<br>*david@westonfirm.com*<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone:   (619) 798-2006<br>Facsimile:    (313) 293-7071 | **LAW OFFICES OF RONALD A. MARRON, APLC**<br>RONALD A. MARRON (175650)<br>*ron@consumersadvocates.com*<br>SKYE RESENDES (278511)<br>*skye@consumersadvocates.com*<br>651 Arroyo Drive<br>San Diego, CA 92103<br>Telephone:   (619) 696-9006<br>Facsimile:    (619) 564-6665 |

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALHARETH ALOUDI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTRAMEDIC RESEARCH GROUP, LLC,<br><br>Defendant. | Case No: 3:15-cv-0882-HSG<br>Pleading Type: Class Action<br>Action Filed: February 26, 2015<br><br>**DECLARATION OF DAVID ELLIOT IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: March 17, 2016<br>Time: 2:00 pm<br>Location: Courtroom 15<br>Judge: The Honorable Haywood S. Gilliam, Jr. |

I, David Elliot, declare:

1. I am a member in good standing of the State Bars of California and of this Court. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto. I make this Declaration in support of Plaintiff's Opposition to Motion to Dismiss Second Amended Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of a document produced by Defendant titled "Comprehensive Analysis for Product Claims Concerning JavaSLIM" by Amy L. Heaton, PhD. Relevant portions of the text are highlighted.

3. The entirety of Exhibit A is designated as "CONFIDENTIAL PROPRIETARY INFORMATION" by Defendant.

4. To confirm the confidentiality of the document, on January 29, 2016 I emailed counsel for Defendant stating Plaintiff's intentions to file the document under seal and asking them to verify its confidentiality. The same day they responded affirmatively. Defendant also consented to service by email. A true and correct copy of this email conversation is attached hereto as **Exhibit B**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 11, 2016 in San Diego, California.

/s/ David Elliot
David Elliot

DATED: February 11, 2016                Respectfully Submitted,

/s/ David Elliot
**THE WESTON FIRM**
GREGORY S. WESTON
DAVID ELLIOT
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:    (313) 293-7071

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
SKYE RESENDES
651 Arroyo Drive
San Diego, CA 92103
Telephone:   (619) 696-9006
Facsimile:    (619) 564-6665
*Counsel for Plaintiff*

1

*Aloudi v. Intramedic Research Group, LLC*, Case No. 3:15-cv-0882-HSG
DECLARATION OF DAVID ELLIOT

# EXHIBIT A

**Redacted Version for Public Filing**

CONFIDENTIAL PROPRIETARY INFORMATION                                                JVS00001

██████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████

███████████████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████████████████

████████

███████████████████████████████████████████████
███████████████████████████████████████████████████

CONFIDENTIAL PROPRIETARY INFORMATION

[Page content redacted]

# EXHIBIT B

**Subject:** RE: Aloudi v. IntraMedic, Filing an exhibit under seal
**From:** Steven Garff PPK <steven.garff@ppktrial.com>
**Date:** 1/29/2016 2:04 PM
**To:** David Elliot <david@westonfirm.com>, Jason Kerr PPK <jasonkerr@ppktrial.com>, John Snow PPK <johnsnow@ppktrial.com>, Ellie Meyers <elliemeyers@ppktrial.com>, ChrisSullivan PPK <Sullivan@ppktrial.com>, Elizabeth Phelps-Robbins PPK <Elizabeth.Phelps-Robbins@ppktrial.com>
**CC:** "greg@westonfirm.com" <greg@westonfirm.com>, "dave@westonfirm.com" <dave@westonfirm.com>, "jacob@westonfirm.com" <jacob@westonfirm.com>

David,

1. Yes, the document absolutely **must** be filed under seal
2. Yes, we will accept service by email for the filed exhibit

Steve

**From:** David Elliot [mailto:david@westonfirm.com]
**Sent:** Friday, January 29, 2016 3:00 PM
**To:** Jason Kerr PPK; John Snow PPK; Ellie Meyers; Steven Garff PPK; ChrisSullivan PPK; Elizabeth Phelps-Robbins PPK
**Cc:** greg@westonfirm.com; dave@westonfirm.com; jacob@westonfirm.com
**Subject:** Aloudi v. IntraMedic, Filing an exhibit under seal

Counsel,

We will be filing an exhibit with our Response to your MTD which includes an IntraMedic document. The document is labeled CONFIDENTIAL PROPRIETARY INFORMATION. ("Comprehensive Analysis… JavaSLIM"; Bates number JVS0001)

Right now we're planning to file the exhibit under seal in respect of the asserted confidentiality. Could you please let me know two things:

1. First, if this document doesn't require filing under seal let me know;
2. If we do file it under seal, will you accept service by email for the filed exhibit.

Thanks,

David


DAVID ELLIOT
COUNSEL
THE WESTON FIRM
1405 Morena Blvd., Suite 201
619. 798. 2006 | 313. 293. 7071 (Fax)
DAVID@WESTONFIRM.COM | WWW.WESTONFIRM.COM

The contents of this transmission may contain information that is proprietary, privileged, confidential, or otherwise is legally exempt from disclosure. This e-mail solely is intended for the use of the recipient(s) identified above. If you are not an intended recipient, you may not review, disseminate, distribute or duplicate this e-mail or any attachment. If you are not an intended recipient, please contact the sender by reply e-mail and delete this message. No employee or agent

is authorized to conclude any binding agreement on behalf of any entity sending or referred-to in this e-mail without express written confirmation by senior management. Although the sender has taken reasonable precautions to ensure no viruses are present in this e-mail, the sender and any entity referred-to in this e-mail cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments (if any).